# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC WOODS,<br><br>       Plaintiff,<br><br>       v.<br><br>DEPUTY SHERIFF BRYAN SMITH, et al.,<br><br>       Defendants. | Case No. CV 13-5615 R (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendations of the Magistrate Judge.

1     IT IS ORDERED that Judgment be entered granting the defendants' motion
2 for terminating sanctions and dismissing this action with prejudice.

DATE: _July 10, 2015_____     _____
                                                          HON. MANUEL L. REAL
                                                          UNITED STATES DISTRICT JUDGE