# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY SHERIFF BRYAN SMITH, et al.,<br><br>    Defendants. | Case No. CV 13-5615 R (MRW)<br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

   IT IS ADJUDGED that the defendants' motion for terminating sanctions is granted and this case is dismissed with prejudice.

DATE: July 10, 2015__    _____
                          HON. MANUEL L. REAL
                          UNITED STATES DISTRICT JUDGE